UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOTO GUEVARA,

    Plaintiff,

v.                              Case No.: 2:20-cv-00617-JLB-MRM

GARGIULO, INC.,

    Defendant.
_____/

## ORDER

Plaintiff has filed a Stipulation of Voluntary Dismissal (Doc. 6), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Stipulation is self-executing. *First Time Videos, LLC v. Oppold*, 559 F. App'x 931, 932 (11th Cir. 2014) (per curiam). Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida on September 14, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE